FILED:  July 30, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-7218

(1:13-cv-00372-CMH-TRJ)

_____

DARYL LAMONTE SAMPLE

> Petitioner - Appellant

v.

HAROLD W. CLARKE, Director Virginia Department of Corrections

> Respondent - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | US District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:13-cv-00372-CMH-TRJ |
| Date notice of appeal filed in originating court: | 07/24/2013 |
| Appellant (s) | Daryl Lamonte Sample |
| Appellate Case Number | 13-7218 |
| Case Manager | Brian Bain 804-916-2736 |